UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:15-cv-21280-CMA

LILY ANN NÚÑEZ, as personal representative of )
the Estate of LT. LLOYD NÚÑEZ, deceased, and )
all potential beneficiaries and heirs, )
)
          Plaintiff, )
vs. )
)
SIERRA NEVADA CORPORATION, a foreign )
corporation; STRAIGHT FLIGHT, INC., a )
foreign corporation; NEW FRONTIER )
INNOVATIONS, LLC, a foreign limited liability )
company; and HONEYWELL )
INTERNATIONAL INC., a foreign corporation, )
)
          Defendants. )
_____/ )

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PRJEUDICE, AS TO DEFENDANT, STRAIGHT FLIGHT, INC. *ONLY*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, LILY ANN NÚÑEZ, as Personal Representative of the Estate of Lt. Lloyd Nunez, deceased, and all potential beneficiaries and heirs, hereby dismisses, **without prejudice**, all of her claims against Defendant, STRAIGHT FLIGHT, INC., *ONLY*, reserving her rights and claims against any and all other Defendants herein. Each party is to bear its own attorneys' fees and costs.

This case remains pending against defendants: Sierra Nevada Corporation; New Frontier Innovations, LLC; and Honeywell International Inc.

Dated: June 22, 2015					Respectfully submitted,

/s/      Lea P. Valdivia
Ricardo M. Martínez-Cid (FBN 383988)
rmcid@podhurst.com
Lea P. Valdivia (FBN 84763)
lvaldivia@podhurst.com
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

		-and-

J.B. Harris, Esq.
Florida Bar No. 495034
Email: jbharrisesq@gmail.com
**J.B. HARRIS, P.A.**
3127 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: (786) 303-8333
Fax: (305) 444-8178

*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 22, 2015, on all counsel or parties of record on the Service List below.

                    /s/      Lea P. Valdivia

## SERVICE LIST

Marissel Descalzo, Esq.
Email: mdescalzo@cfjblaw.com
Michael S. Pasano, Esq.
Email: mpasano@cfjblaw.com
**CARLTON FIELDS JORDEN BURT, P.A.**
100 SE Second Street, Suite 4200
Miami, FL 33131
Telephone: (305) 358-0050
Fax: (305) 358-0055

*Attorneys for Defendant New Frontier Innovations*

Douglas M. McIntosh, Esq.
Email: dmcintosh@mscesq.com
Ilana B. Lazarus, Esq.
Email: ilazarus@mscesq.com
**McINTOSH, SAWRAN & CARTAYA, P.A.**
1776 East Sunrise Boulevard
Ft. Lauderdale, FL 33338-7990
Telephone: (954) 765-1001
Fax: (954) 765-1005

*Attorneys for Defendant Honeywell International*

Monica L. Irel, Esq.
Email: mirel@mckennalong.com
**MCKENNA LONG & ALDRIDGE LLP**
10700 N. Kendall Drive, Suite 303
Miami, FL 33176
Telephone: (305) 670-4843
Fax: (305) 670-4846

*Attorney for Defendant Straight Flight, Inc.*