# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-21280-Altonaga/O'Sullivan

| | |
|---|---|
| LILY ANN NÚÑEZ, as personal representative of the Estate of LT. LLOYD NÚÑEZ, deceased, and all potential beneficiaries and heirs, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SIERRA NEVADA CORPORATION, a foreign corporation; STRAIGHT FLIGHT, INC., a foreign corporation; NEW FRONTIER INNOVATIONS, LLC, a foreign limited liability company; and HONEYWELL INTERNATIONAL INC., a foreign corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____/ | ) |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's April 24, 2015, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 17], the Parties have selected Ronald F. Shapiro, Esq., as the mediator; February 17, 2016, beginning at 10:00 a.m., as the date and time for the mediation; and the offices of Podhurst Orseck, P.A., 25 West Flagler Street, Suite 800, Miami, Florida, as the location where mediation is to be held.

Dated: June 26, 2015

Respectfully submitted,

/s/ Lea P. Valdivia
Ricardo M. Martínez-Cid (FBN 383988)
rmcid@podhurst.com
Lea P. Valdivia (FBN 84763)
lvaldivia@podhurst.com
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

-and-

J.B. Harris, Esq.
Florida Bar No. 495034
Email: jbharrisesq@gmail.com
**J.B. HARRIS, P.A.**
3127 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: (786) 303-8333
Fax: (305) 444-8178

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on July 26, 2015, on all counsel or parties of record on the Service List below.

/s/ Lea P. Valdivia

## SERVICE LIST

David M. Crane, Esq.
Email: dcrane@steptoe.com
James F. Hibey, Esq.
Email: jhibey@steptoe.com
Shannen W. Coffin, Esq.
Email: scoffin@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20035
Telephone: (202( 429-1323
Fax: (202) 429-3902

-and-
Marissel Descalzo, Esq.
Email: mdescalzo@cfjblaw.com
Michael S. Pasano, Esq.
Email: mpasano@cfjblaw.com
**CARLTON FIELDS JORDEN BURT, P.A.**
100 SE Second Street, Suite 4200
Miami, FL 33131
Telephone: (305) 358-0050
Fax: (305) 358-0055

*Attorneys for Defendant New Frontier Innovations*

Monica L. Irel, Esq.
Email: mirel@mckennalong.com
Thomas B. Almy, Esq.
Email: talmy@mckennalong.com
**MCKENNA LONG & ALDRIDGE LLP**
10700 N. Kendall Drive, Suite 303
Miami, FL 33176
Telephone: (305) 670-4843
Fax: (305) 670-4846

*Attorney for Defendant Straight Flight, Inc.*

Douglas M. McIntosh, Esq.
Email: dmcintosh@mscesq.com
Ilana B. Lazarus, Esq.
Email: ilazarus@mscesq.com
**McINTOSH, SAWRAN & CARTAYA, P.A.**
1776 East Sunrise Boulevard
Ft. Lauderdale, FL 33338-7990
Telephone: (954) 765-1001
Fax: (954) 765-1005

*Attorneys for Defendant Honeywell International*